```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   4:06CR3090 |
| v. | ) |
| | ) |
| JAMES WAYNE THOELKE, | ) |
| | )   MEMORANDUM AND ORDER |
| Defendant. | ) |
| | ) |

Upon consideration of the psychiatric evaluation received from Dr. Mario Scalora and defendant's pending request to be readmitted, the court has been advised there is no objection to the request and bed space is available today.

IT THEREFORE HEREBY IS ORDERED,

The order of August 25, 2006, filing 21, is reinstated.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge