```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3090 |
| v. | ) | |
| | ) | ORDER |
| JAMES WAYNE THOELKE, | ) | |
| | ) | **SEALED** |
| Defendant. | ) | **(E-Government Act)** |
| | ) | |

IT IS ORDERED:

Defendant's motion to modify pretrial release conditions, filing 34, is granted, and Paragraph 1(d) of the prior order of release, filing 21, is amended as follows:

   Upon defendant's release from NOVA, he shall reside at the ARCH, Omaha, Nebraska and shall not leave without the permission of an authorized staff person at the treatment facility.

Defendant's motion (filing 34) and this order shall be sealed under the E-Government Act.

DATED this 26th day of October, 2006.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge