IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3090 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES WAYNE THOELKE, | ) | |
| | ) | |
| Defendant. | ) | |

Due to inclement weather,

IT IS ORDERED that the defendant's sentencing is rescheduled (from March 1) to Thursday, March 8, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

March 2, 2007.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge